**No. 60562.**—Bartolucci Arts, Inc. v. United States, protest 277615–K(A) (New York).

Opinion by WILSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

BEFORE THE SECOND DIVISION, MARCH 12, 1957

**No. 60563.**—Air Express Int'l Agency, Inc. v. United States, protests 266927–K and 266928–K (New York).

Opinion by LAWRENCE, J.   From an examination of the papers in these cases, the court found nothing tending in any way to overcome the presumption of correctness attaching to the decision of the collector.   The protests were therefore overruled.

**No. 60564.**—Rootes Motors, Incorporated, and Vandegrift Forwarding Co., Inc. v. United States, protest 268945–K (New York).

Opinion by LAWRENCE, J.   From an examination of the papers in the case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the decision of the collector.   The protest was therefore overruled.

**No. 60565.**—Lep Transport, Inc. v. United States, protest 270259–K (New York).

Opinion by LAWRENCE, J.   There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.